# Court of Appeals
# of the State of Georgia

ATLANTA,  August 06, 2019

*The Court of Appeals hereby passes the following order:*

**A19A1660. STEPHANIE FLOWERS v. SELENE FINANCE, LP et al.**

This case was docketed by this Court on March 20, 2019.  The Appellant's brief and enumerations of error were due on April 9, 2019.  As of the date of this Order, almost four months later, Appellant has not filed a brief and enumerations of error and has not requested an extension of time in which to do so.  Accordingly, pursuant to Court Rules 13 and 23(a), this appeal is deemed abandoned and is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  08/06/2019*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*